## STATE OF OREGON,
*Plaintiff-Respondent,*

v.

## SHANE JEREMY HALL,
*Defendant-Appellant.*

Deschutes County Circuit Court
06FE0017MS; A135311

206 P3d 282

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Tiffany Keast, Assistant Attorney General, for petition.

Before Landau, Presiding Judge, and Ortega, Judge, and Carson, Senior Judge.

PER CURIAM

**PER CURIAM**

The state petitions for reconsideration of our decision in this case, *State v. Hall*, 225 Or App 63, 200 P3d 164 (2008). In that decision, we accepted the state's concession that, under the Oregon Supreme Court's decision in *State v. Ice*, 343 Or 248, 170 P3d 1049 (2007), the trial court erred in imposing consecutive sentences based on facts found by the court rather than by a jury. Since then, however, the United States Supreme Court has reversed the Oregon Supreme Court's decision, *Oregon v. Ice*, 555 US ___ , 129 S Ct 711, 172 L Ed 2d 517 (2009), holding that the constitutional right to a jury trial does not apply to decisions to impose consecutive sentences. In light of the United States Supreme Court's decision, we agree that the trial court did not err.

Reconsideration allowed; former opinion withdrawn; affirmed.